NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAVID E. PRIMM,                          )
                                         )
                Appellant,               )
                                         )
v.                                       )     Case No. 2D18-4925
                                         )
STATE OF FLORIDA,                        )
                                         )
                Appellee.                )
_____     )

Opinion filed September 18, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; William Sites, Judge.

David E. Primm, pro se.


PER CURIAM.


                Affirmed.


CASANUEVA, MORRIS, and ATKINSON, JJ., Concur.